CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

Apr. 22, 2016

JULIA C. DUDLEY, CLERK
BY: A. Melvin
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONALD WAYNE SNELL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 7:15cv457 |
| ) | |
| v. ) | |
| ) | |
| MONTGOMERY REG'L HOSP. et al., ) | By: Hon. Robert S. Ballou |
| ) | United States Magistrate Judge |
| Defendant. ) | |

## ORDER

This case was before me for a mediation on April 5, 2016. The settlement conference order entered on February 18, 2016 (Dkt. No. 36) required that Defendants EmCare, Inc. and Dr. Bryan Carducci provide a representative who was authorized to settle the case on behalf of Defendants. The representative who attended the mediation on behalf of Defendants was a third party administrator for EmCare and Dr. Carducci. As the mediation progressed, it became apparent that a representative of EmCare was not available for consultation during or immediately after the mediation for purposes of addressing the settlement demand of the plaintiff. In the interest of efficiently resolving this case, EmCare shall make itself available without undue delay for a conference with the court. Counsel for EmCare, once he has consulted with its representative, shall contact the court to schedule a time for the conference.

It is so **ORDERED**.

Entered: April 22, 2016

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge