# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Donald Wayne Snell**

vs.

**Montgomery Regional Hospital, Inc., et al**

Action No: 7:15cv-457
Date: 5/26/16
Judge: Elizabeth K. Dillon
Court Reporter: Sonia Ferris
Deputy Clerk: Lynn Dozier

Plaintiff Attorney(s)
Beverly Davis, Esq.
Lauren Davis, Esq.

Defendant Attorney(s)
Julie Andrews, Esq.
present on behalf of Frith Anderson & Peake, PC

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Parties present for hearing on petition to approve settlement. Comments by counsel. Court will withhold entering order pending notification to chambers of plaintiff's receipt of settlement checks.

Time in Court: 1:01 – 1:11 PM